MARK G. TRATOS, ESQ. (Bar No. 1086)
tratosm@gtlaw.com
LARAINE M. I. BURRELL (BAR NO. 8771)
burrelll@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUMMA ENTERTAINMENT NETWORK, LLC and DONALD F. SINEX,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DONALD DuPERAULT,<br><br>　　　　Defendant. | Case No.:　　2:09-cv-00512-LDG-LRL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND AN AWARD OF ATTORNEY'S FEES AND COSTS |

　　　UPON CONSIDERATION OF Plaintiffs Summa Entertainment Network, LLC ("Summa") and Donald F. Sinex ("Sinex") (collectively "Plaintiffs") Motion for Default Judgment and an Award of Attorney's Fees and Costs, the accompanying memorandum of points and authorities, the record in this action and for other good cause shown:

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a permanent injunction is GRANTED which (1) requires Don DuPerault and his agents, servants, employees, and/or all persons acting in concert with him to transfer to the Plaintiff any and all domain names incorporating Plaintiff's SUMMA name and mark that he wrongfully converted and/or still holds; (2) requires Mr. DuPerault and his agents, servants, employees, and/or all persons acting in concert with him to return the files, documents, and other Trade Secrets that he wrongfully converted from Plaintiff Summa and to immediately cease their violations of Summa's intellectual property; (3) requires Mr.

1  DuPerault and his agents, servants, employees, and/or all persons acting in concert with him to
2  properly document the work performed by Mr. DuPerault on Summa's servers; and (4) prohibits Mr.
3  DuPerault and his agents, servants, employees, and/or all persons acting in concert with him from
4  further use of dissemination of trade secrets.
5     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant Don DuPerault
6  shall pay Plaintiffs the sum of $32,955.60 in attorneys' fees and costs incurred by Summa through
7  May 1, 2011 in the prosecution of this matter.
8     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant Don DuPerault
9  shall pay post-judgment interest at the statutory rate equivalent to the weekly average 1-year constant
10 maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for
11 the calender week preceding the date of judgement.

13 Dated this 20 day of May, 2011.

_____
Lloyd D. George
United States District Judge