MARK G. TRATOS, ESQ. (Bar No. 1086)
tratosm@gtlaw.com
LARAINE M. I. BURRELL (BAR NO. 8771)
burrelll@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUMMA ENTERTAINMENT NETWORK, LLC and DONALD F. SINEX, <br><br> Plaintiff, <br><br> v. <br><br> DONALD DuPERAULT, <br><br> Defendant. | Case No.: 2:09-cv-00512-LDG-LRL <br><br> **FINAL JUDGMENT** |

Pursuant to this Court's Order entered May 20, 2011 [Docket No. 16] granting Plaintiffs' Motion for Default Judgment and an Award of Attorney's Fees and Costs:

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiffs Summa Entertainment Network, LLC ("Summa") and Donald F. Sinex ("Sinex") (collectively "Plaintiffs") and against Defendant Donald DuPerault ("DuPerault") on all counts of Plaintiffs' Complaint with this Court declaring as follows:

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that a permanent injunction is GRANTED which (1) requires Don DuPerault and his agents, servants, employees, and/or all persons acting in concert with him to transfer to the Plaintiff Summa any and all domain names incorporating Plaintiff's SUMMA name and mark that he wrongfully converted and/or still holds; (2) requires Mr. DuPerault and his agents, servants, employees, and/or all persons acting in concert with him to return the files, documents, and other Trade Secrets that he wrongfully converted from Plaintiff Summa and to immediately cease their violations of Summa's intellectual

property; (3) requires Mr. DuPerault and his agents, servants, employees, and/or all persons acting in concert with him to properly document the work performed by Mr. DuPerault on Summa's servers; and (4) prohibits Mr. DuPerault and his agents, servants, employees, and/or all persons acting in concert with him from further use of dissemination of the Trade Secrets.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant Don DuPerault shall pay Plaintiffs the sum of $32,955.60 in attorneys' fees and costs incurred by Summa through May 1, 2011 in the prosecution of this matter.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant Don DuPerault shall pay post-judgment interest at the statutory rate equivalent to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of judgment.

_____
UNITED STATES DISTRICT JUDGE
Dated: 9 June 2011

Respectfully submitted by:

**GREENBERG TRAURIG, LLP**

/s/ Laraine Burrell
_____
MARK G. TRATOS, ESQ. (Bar No. 1086)
LARAINE M. I. BURRELL, ESQ. (BAR NO. 8771)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for *Plaintiffs*